

FILED

DEC 1 0 2025

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA JAMES TAYLOR GARY,<br><br>*Defendant.* | Case No. 3:25-cr- 165<br><br>False Statements During Purchase of a Firearm<br>18 U.S.C. § 922(a)(6)<br>(Count One)<br><br>Unlawfully Cause Licensed Firearms Dealer to Maintain False Records<br>18 U.S.C. § 924(a)(1)(A)<br>(Count Two)<br><br>Forfeiture Allegation |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

(False Statements During Purchase of a Firearm)

On or about March 3, 2023, in the Eastern District of Virginia, the defendant, JOSHUA JAMES TAYLOR GARY, did knowingly make false and fictitious written statements, in the acquisition of two firearms, to wit:   a Glock 19, 9mm pistol, bearing serial number NAR698, and a Glock 35, .40 caliber pistol, bearing serial number ULL447, to a licensed firearms dealer, which statements were intended and likely to deceive the firearms dealer with respect to facts material to the lawfulness of the sale of the firearms, to wit: JOSHUA JAMES TAYLOR GARY stated that he was the actual buyer of the firearms indicated on the ATF Firearms Transaction Record, Form 4473, when in fact he was not the actual buyer, and JOSHUA JAMES TAYLOR GARY stated that his answers in Section B of the ATF Firearms Transaction Record, Form 4473, were true,

correct, and complete.

(In violation of Title 18, United States Code, Section 922(a)(6).)

## COUNT TWO

(Unlawfully Cause Licensed Firearms Dealer to Maintain False Records)

On or about March 3, 2023, in the Eastern District of Virginia, the defendant, JOSHUA JAMES TAYLOR GARY, did willfully and unlawfully cause a licensed firearms dealer to maintain false records concerning the disposition of certain firearms, to wit: the defendant, JOSHUA JAMES TAYLOR GARY, willfully made false statements with respect to the actual buyer and to the defendant's current address, information required to be kept in the records of a licensed firearms dealer, during the purchase of two firearms, to wit:  a Glock 19, 9mm pistol, bearing serial number NAR698, and a Glock 35, .40 caliber pistol, bearing serial number ULL447.

(In violation of Title 18, United States Code, Section 924(a)(1)(A).)

## **FORFEITURE ALLEGATION**

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of any of the offenses charged in Counts One and/or Two of this Information, he shall forfeit any firearm or ammunition involved in or used in any knowing violation of the offense charged.

Property subject to forfeiture includes, but is not limited to:

(1) Glock 19, 9mm pistol, bearing serial number NAR698;

(2) Glock 35, .40 caliber pistol, bearing serial number ULL447; and

(3) all accompanying magazines and ammunition.

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c)).


LINDSEY HALLIGAN
United States Attorney and Special Attorney

TODD W. BLANCHE
Deputy Attorney General

ROBERT K. MCBRIDE
First Assistant United States Attorney

By: _____

Ellen H. Theisen
Peter S. Duffey
Assistant United States Attorneys

3