IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:25-cr-‌1‌6‌5 |
| JOSHUA JAMES TAYLOR GARY, | |
| Defendant. | |

**STATEMENT OF FACTS**

The United States and the defendant, JOSHUA JAMES TAYLOR GARY ("GARY"),

agree that at trial, the United States would have proven the following facts beyond a reasonable

doubt with admissible and credible evidence:

1.      On or about March 3, 2023, in the Eastern District of Virginia, GARY did

knowingly make false and fictitious written statements, in the acquisition of two firearms, to wit:

a Glock 19, 9mm pistol, bearing serial number NAR698, and a Glock 35, .40 caliber pistol,

bearing serial number ULL447, to a licensed firearms dealer, which statements were intended

and likely to deceive the firearms dealer with respect to facts material to the lawfulness of the

sale of the firearms, to wit: GARY stated that he was the actual buyer of the firearms indicated

on the ATF Firearms Transaction Record, Form 4473, when in fact he was not the actual buyer,

and GARY stated that his answers in Section B of the ATF Firearms Transaction Record, Form

4473, were true, correct, and complete.

2.      On or about March 3, 2023, in the Eastern District of Virginia, GARY did

willfully and unlawfully cause a licensed firearms dealer to maintain false records concerning the

disposition of certain firearms, to wit: GARY willfully made false statements with respect to the

actual buyer and to the defendant's current address, information required to be kept in the

1

records of a licensed firearms dealer, during the purchase of two firearms, to wit: a Glock 19, 9mm pistol, bearing serial number NAR698, and a Glock 35, .40 caliber pistol, bearing serial number ULL447.

3.　　On March 3, 2023, just before 3:50 p.m., GARY entered Green Top Sporting Goods at 10150 Lakeridge Parkway, Ashland, Virginia 23005. Approximately a minute earlier, a co-conspirator ("Co-Conspirator #1") had also entered the Green Top. Green Top surveillance footage captured GARY holding a cell phone to his ear as if talking to someone by phone and also holding and looking at his phone as if texting someone. Earlier that day, Co-Conspirator #1 had deposited $499.00 in United States Currency into his CashApp account at a 7 Eleven convenience store and received a $532.00 deposit to his CashApp account totaling $1,031. While GARY and Co-Conspirator #1 were inside Green Top, the following text message conversation transpired:

Co-Conspirator #1: "You can do 2?"

GARY: "Yea."

Co-Conspirator #1: "Think you good"

GARY: "We good pin"

Co-Conspirator #1: "4227"

4.　　This final text was the CashApp PIN that GARY needed to affect the purchase of the two firearms with Co-Conspirator # 1's CashApp card.

5.　　Green Top surveillance footage captured GARY checking out at approximately 4:00 p.m. Once GARY's purchase was complete, he and Co-Conspirator #1 left the store together. The Green Top invoice for GARY's transaction showed that GARY purchased a Glock 19, 9mm pistol, bearing serial number NAR698, a Glock 35, .40 caliber pistol, bearing

2

serial number ULL447, and a box of ammunition, totaling $1,037.59, which was charged to a debit card # XXXX8486. 8486 are the last four digits of Co-Conspirator #1's CashApp card number, and Co-Conspirator #1's CashApp account registered a PIN debit transaction of $1,037.59 to Green Top Sporting Goods at approximately 4:00 p.m. on March 3, 2023. GARY used Co-Conspirator #1's CashApp card at Co-Conspirator #1's direction to buy the Glock 19 and Glock 35 on March 3, 2023, not for himself but for Co-Conspirator #1. After the purchase, GARY gave both firearms to Co-Conspirator #1, who was not yet 21 years old on March 3, 2023, and could not have personally purchased either gun from Green Top.

6.      GARY filled out an ATF Firearms Transaction Record, Form 4473, to complete his purchase of the two Glock firearms on March 3, 2023. In Section B of the Form 4473, GARY affirmed that he was "the actual transferee/buyer of all of the firearm(s) listed on this form" despite that the same portion of the form warned GARY that he was "not the actual transferee/buyer if you are acquiring any of the firearm(s) on behalf of another person." GARY affirmed on the Form 4473 that he was the actual buyer of the two Glock firearms despite that when he filled out the Form 4473, when in fact he knew that he was buying the two Glock firearms on behalf of Co-Conspirator #1.

7.      GARY also stated in Section B of the Form 4473 on March 3, 2023, that he lived at 314 Kirkland Dr., Apt. B, Richmond, VA 23227, despite that at that time he was not living at that address.

8.      In addition to the Glock 19 and Glock 35 firearms that GARY purchased for Co-Conspirator #1 on March 3, 2023, ATF investigations further revealed that GARY purchased 10 other firearms for Co-Conspirator #1.

9.      The actions taken by the defendant, as described above, were taken willfully and

3

knowingly. The defendant did not take those actions by accident, mistake, or with the belief that they did not violate the law.

10. The preceding includes only those facts necessary to establish the defendant's guilt as to the offense to which she is entering a guilty plea. It does not necessarily reference all information known to the government or to the defendant about the criminal conduct at issue.

Respectfully submitted,

LINDSEY HALLIGAN
United States Attorney and Special Attorney

TODD W. BLANCHE
Deputy Attorney General

Date: __1/7/26__

ROBERT K. MCBRIDE
First Assistant United States Attorney

By: _____
Ellen H. Theisen
Peter S. Duffey
Assistant United States Attorneys

After consulting with my attorney, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Date: __1-7-26__

_____
Joshua James Taylor Gary
Defendant

4

I am the defendant's attorney.  I have carefully reviewed the above Statement of Facts with him.  To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Date:  11/7/26

Jaymonté Johnson
Attorney for Joshua James Taylor Gary

5